COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| JESSICA ALYSE MORENO, | § | No. 08-23-00288-CV |
| Appellant, | § | Appeal from the |
| v. | § | the 57th District Court |
| ZAPP CREDIT SOLUTIONS OF SAN ANTONIO, LLC, and RUBEN VICTOR JUAREZ, JR., | § § | of Bexar County, Texas (TC#2022-CI-24860) |
| Appellees. | | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution.[1] *See* TEX. R. APP. P. 42.3.

We find that Appellant has yet to file an appellant's brief. Appellant filed a notice of an accelerated appeal on September 29, 2023. The Bexar County District Clerk filed a notice of late record on October 10, 2023. Following the grant of extensions, the clerk's record was filed on October 20, 2023, while the reporter's record was filed on October 23, 2023. Accordingly,

---

[1] This case was transferred from the Fourth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001. We follow the precedent of the Fourth Court of Appeals to the extent it might conflict with our own. *See* TEX. R. APP. P. 41.3.

Appellant's brief was originally due on November 12, 2023. *See* TEX. R. APP. P. 38.6(a)(1) (stating that in an accelerated appeal, an appellant must file a brief within 20 days after the later of the date the clerk's record or reporter's record is filed). Nevertheless, on November 10, 2023, Appellant thereafter filed, and this Court granted, a first motion for extension of time for Appellant's brief, thereby extending the briefing deadline to November 27, 2023.

On December 7, 2023, the Clerk of this Court sent a letter to Appellant, via her email address, notifying her it appeared that she no longer wished to pursue this appeal, as neither an appellant's brief nor a motion for leave to file a late brief had yet been filed. *See* TEX. R. APP. P. 38.8. The letter indicated the Court would submit this case for dismissal after ten days had passed unless any party could show grounds for continuing the appeal. On December 22, 2023, after no response had been received, the Clerk of this Court sent a second notice repeating the same information, but this time the notice was sent via U.S. Mail. As before, the letter gave notice of our intent to dismiss for want of prosecution unless grounds for continuing the appeal were provided. As of this date, more than ten days have passed from the Court's latest notice, and Appellant has yet to file either an appellant's brief or a motion for leave to file a late brief. Accordingly, we dismiss this appeal for want of prosecution.

GINA M. PALAFOX, Justice

January 8, 2024

Before Alley, C.J., Palafox, and Soto, JJ.

2